UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MBA ENGINEERING, INC., as Sponsor and Administrator of the MBA ENGINEERING, INC. EMPLOYEES 401(K) PLAN, et al., | § § § § § | |
| Plaintiffs, | § § § § | |
| v. | § | Case No.: 3:20-cv-01915-E |
| MATRIX TRUST COMPANY, MATRIX SETTLEMENT AND CLEARANCE SERVICES, LLC, and MSCS FINANCIAL SERVICES DIVISION OF BROADRIDGE BUSINESS PROCESS OUTSOURCING, LLC, | § § § § § § § | |
| Defendants. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

It is hereby stipulated, by and between Plaintiffs MBA Engineering, Inc. ("MBA"), as sponsor and administrator of the MBA Engineering, Inc. Employees 401(k) Plan and the MBA Engineering, Inc. Cash Balance Plan (collectively, the "Plans"), the Plans in their own right, and Craig Meidinger ("Mr. Meidinger") as the Plans' Trustee (MBA, the Plans, and Mr. Meidinger collectively as "Plaintiffs") and Defendants Matrix Trust Company, Matrix Settlement and Clearance Services, LLC, and MSCS Financial Services Division of Broadridge Business Process Outsourcing, LLC ("MSCS Financial Services") (collectively, "Defendants" and,

together with Plaintiffs, the "Parties") that this Action and all the claims set forth in this Action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

The Parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated:  July 6, 2023 | Dated:  July 6, 2023 |
| **McCathern, PLLC** | **Morgan, Lewis & Bockius LLP** |
| */s/ Justin N. Bryan* | */s/ Melissa D. Hill* |
| Arnold Shokouhi | Melissa D. Hill (Pro Hac Vice) |
| State Bar No. 24056315 | 101 Park Avenue |
| arnolds@mccathernlaw.com | New York, NY 10178-0060 |
| Justin N. Bryan | Telephone: +1.212.309.6000 |
| State Bar No. 24072006 | Facsimile: +1.212.309.6001 |
| jbryan@mccathernlaw.com | melissa.hill@morganlewis.com |
| D. Aaron Dekle | |
| State Bar No. 24100961 | Robert A. Lewis (Pro Hac Vice) |
| adekle@mccathernlaw.com | One Market, Spear Street Tower |
| 3710 Rawlins Street, Suite 1600 | San Francisco, CA 94105-1596 |
| Dallas, Texas 75219 | Telephone: +1.415.442.1000 |
| Telephone: (214) 741-2662 | Facsimile: +1.415.442.1001 |
| Facsimile: (214) 741-1741 | robert.lewis@morganlewis.com |
| | |
| Evan Selik | Abbey M. Glenn (Pro Hac Vice) |
| PRO HAC VICE | 1111 Pennsylvania Avenue, NW |
| California Bar No. 251039 | Washington, DC 20004-2541 |
| eselik@mccathernlaw.com | Telephone: +1.202.739.3000 |
| 523 West Sixth Street, Suite 830 | Facsimile: +1.202.739.3001 |
| Los Angeles, California 90014 | abbey.glenn@morganlewis.com |
| Telephone: (213) 225-6150 | |
| Facsimile: (213) 225-6151 | David Monteiro, Texas Bar No. 24079020 |
| | 1717 Main Street, Suite 3200 |
| *Attorneys for Plaintiffs* | Dallas, TX 75201-7347 |
| | Telephone: +1.214.466.4000 |
| | Facsimile: +1.214.466.4001 |
| | david.monteiro@morganlewis.com |
| | |
| | *Attorneys for Defendants* |